RECEIVED & FILED
CLERK'S OFFICE
SEP 24 2026
12:34pm
US DISTRICT COURT
SAN JUAN, PR

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JOHNATHAN COLÓN-CEDEÑO,**<br>Defendant. | **INDICTMENT**<br><br>**CRIMINAL NO. 26-** 402 (ADC)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(5)(B)<br><br>**TWO COUNTS &**<br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Transportation of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(1))

From in or about May 2023, through on or about September 9, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**JOHNATHAN COLÓN-CEDEÑO,**

did knowingly transport, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by a Moto G Stylus mobile device, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

**COUNT TWO**
**Possession of Child Exploitation Material**
(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2))

From in or about May 19, 2023, to on or about September 9, 2026, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**JOHNATHAN COLÓN-CEDEÑO,**

the defendant herein, knowingly possessed, and accessed with intent to view, or attempted to do so, any material containing an image of child pornography as defined by Title 18, United States Code, Section 2256(8)(A) by any means, including by mobile device, that is: the defendant, using an electronic device, that is, an Moto G Stylus mobile device, which has internet capabilities, possessed images of child pornography, including child pornography of a prepubescent minor or a minor who had not attained 12 years of age. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

**PRIOR CONVICTION ALLEGATION**

Pursuant to Title 18, United States Code, Section 2252A(b)(2), it is further alleged that prior to committing the offense alleged in this Indictment, the defendant was convicted on May 28, 2024, in the United District Court for the Puerto Rico for possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2). *See* case No. 21-365 (ADC).

**FORFEITURE ALLEGATION**
**(Title 18, *United States Code*, Section 2253)**

For the purpose of alleging forfeiture, and pursuant to Title 18, *United States Code,* Section 2253, the allegations of Count One and Two of this Indictment is re-alleged as if fully set forth herein. If convicted of the offense set forth above,

**JOHNATHAN COLÓN-CEDEÑO,**

the defendant herein, shall forfeit to the United States any and all materials and property used or intended to be used in the transportation and possession of child pornography. Such property includes, but is not limited to, a Moto G Stylus mobile device, which was not manufactured in Puerto Rico.

HÉCTOR E. RAMÍREZ-CARBÓ
Acting United States Attorney

TRUE BILL,

[redacted]
Foreperson
Date: 24 - IX - 2026

Jenifer Y. Hernández-Vega
Assistant U.S. Attorney
Chief, Child Exploitation & Immigration

Emelina M. Agrait-Barreto
Assistant U.S. Attorney
Child Exploitation & Immigration Unit